Date of Arrest: 03/01

# United States District Court
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>V.<br>Jose Guadalupe VARGAS-Vargas<br>Citizen of Mexico<br>YOB:1983<br>205589624<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: **23-01391MJ** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 16, 2016, Defendant Jose Guadalupe VARGAS-Vargas, an alien, was removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about March 01, 2023, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about March 01, 2023, near San Luis, Arizona in the District of Arizona, Defendant Jose Guadalupe VARGAS-Vargas, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.    ☒ Yes    ☐ No

Approved by and Assigned to AUSA Louie Uhl

*Israel Montgomery*
Signature of Complainant

Kateryna Brake
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| | |
|---|---|
| March 2, 2023<br>Date | at   Yuma, Arizona<br>City and State |
| James F. Metcalf, United States Magistrate Judge<br>Name & Title of Judicial Officer | *[signature]*<br>Signature of Judicial Officer |

## STATEMENT OF FACTUAL BASIS

Defendant: Jose Guadalupe VARGAS-Vargas

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times. The Defendant was last removed through San Ysidro, California on March 16, 2016.

## CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 01/25/2013 | Del Rio, Texas | Illegal Entry | Ordered Removed from the US (ER) (DO) |
| 03/16/2016 | San Ysidro, California | Illegal Entry | Ordered Removed from the US (REINST) (DO) |

Narrative:

The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near El Paso, Texas on or about January 25, 2013.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on March 01, 2023.

Charges:

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs John Bircher, Jaime Fuente, and Rickey Whitney.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Alejandro Lastra.

8 USC 1326(a)        (Felony)
8 USC 1325(a)(1)     (Misdemeanor)

*Israel Montgomery*
Signature of Complainant

Sworn to before me and subscribed telephonically,

March 2, 2023
Date

Signature of Judicial Officer